# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOCELYN M. WIERSCH, | ) | CASE NO. 1:16-cv-2148 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | OPINION AND ORDER |
| | ) | |
| NANCY A BERRYHILL, ACTING | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the parties' joint motion to remand this case to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 17.) The parties' motion states that:

> Upon remand, the Administrative Law Judge shall vacate the findings in the previous decision, reweigh the medical opinions, conduct further proceedings, and develop the administrative record as necessary to determine anew whether Plaintiff is disabled within the meaning of the Social Security Act.

(*Id.*)

The parties' joint motion is granted. The Commissioner's decision is reversed and this matter is remanded for further proceedings consistent with the relief requested in the motion, as set forth above. A Judgment Entry will be separately published.

**IT IS SO ORDERED**.

Dated: April 3, 2017

 _____
 **HONORABLE SARA LIOI**
 **UNITED STATES DISTRICT JUDGE**